**Antonio BEAVER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 77387.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 26, 2000.

S. Paige Canfield, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, C.J., and CRANE and SULLIVAN, JJ.

## ORDER

PER CURIAM.

Antonio Beaver (Movant) appeals the judgment denying his Rule 29.15 motion for post-conviction relief after a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value.

However, we are providing a memorandum to the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).